# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JASON RAY SMOTHERS**                                                **PLAINTIFF**
**ADC #150876**

v.                  **No: 2:25-cv-00007-BSM-PSH**

**MICHAEL RICHARDSON,** *et al.*                              **DEFENDANTS**

## ORDER

Before the Court are various motions filed by plaintiff Jason Ray Smothers (Doc. Nos. 9-11).

Smothers' motion to change venue (Doc. No. 9) is DENIED. It is not clear what judge, hearing, or court proceeding he refers to, whether it is this case or another. In any case, venue is appropriate in this district based on Smothers' complaint dated December 23, 2024, and filed on January 13, 2025. *See* Doc. No. 3.

Smothers' motion for evidence (Doc. No. 10) is DENIED. It appears he is seeking names for defendants. Pursuant to an Order entered January 15, 2025, Smothers must file an amended complaint to clarify his claims. See Doc. No. 5. He may name Doe defendants in his amended complaint and describe their job position and other identifying characteristics so that they may be identified later if the Court determines that service of process is appropriate as to his amended complaint.

Finally, Smothers' motion to appoint counsel (Doc. No. 11) is DENIED for the same reasons previously provided. *See* Doc. No. 7.

IT IS SO ORDERED this 4th day of February, 2025.

_____
UNITED STATES MAGISTRATE JUDGE