IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JASON RAY SMOTHERS**  **PLAINTIFF**
**ADC #150876**

v.   CASE NO. 2:25-CV-00007-BSM

**MICHAEL RICHARDSON,** *et al.*  **DEFENDANTS**

## ORDER

Having reviewed the record *de novo*, Magistrate Judge Patricia S. Harris's proposed findings and recommendation [Doc. No. 19] is adopted. Jason Ray Smothers's complaint [Doc. No. 1] is dismissed without prejudice for failure to state a claim for which relief may be granted; all pending motions [Doc. Nos. 12, 15, 16, 18] are denied as moot; dismissal of this action counts as a strike; and an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3), (g).

IT IS SO ORDERED this 8th day of May, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE