IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JASON RAY SMOTHERS**  **PLAINTIFF**
**ADC #150876**

v.  CASE NO. 2:25-CV-00007-BSM

**MICHAEL RICHARDSON,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE